UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>MYFOX, INC.,<br><br>      Defendant. | Case No. 15-cv-05798-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 19 |

      Plaintiff has filed a notice of voluntary dismissal dated March 8, 2016.  ECF No. 19. Because the notice of dismissal was filed "before the opposing party serve[d] either an answer or a motion for summary judgment," it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

      This case has been dismissed with prejudice.  The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: March 8, 2016

                                         JON S. TIGAR
                                United States District Judge